

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00041-CR

**MILTON LEE GARDNER,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 77th District Court**
**Limestone County, Texas**
**Trial Court No. 13074-A**

## O R D E R

Appellant's Second Motion for Extension of Time to File Appellant's Motion for

Rehearing is granted. Appellant's motion for rehearing is due November 5, 2015.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed November 5, 2015

